STEVENS (CLEVE), et al., ALLEGED DEPENDENTS OF ROY SAM STEVENS *v.* STANFORD, et al.

No. 39923 February 13, 1956 85 So. 2d 188

See headnotes and briefs in case of Harold Stevens v. H. M. Stanford, et al., Cause No. 39,920, reported in 226 Miss. 828, 85 So. 2d 187.

*Morse & Morse,* Poplarville, for appellants.

*Watkins & Eager,* Jackson, for appellees.

ROBERDS, P. J.

This case is controlled by the decision this day handed down in the case of Harold Stevens v. H. M. Stanford, Jr., et al, No. 39,920.

Affirmed.

All justices concur except Kyle, J., who took no part.